United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-31081
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

PIERO ANGELO MORALES,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 02-CR-139-3-A
---------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        Piero Angelo Morales pleaded guilty, pursuant to a written
plea agreement, to one count of distribution of cocaine and
ecstasy.  The district court sentenced him to 115 months in
prison and a five-year term of supervised release.  Morales now
appeals the district court's judgment.  Morales argues that he
was denied the effective assistance of counsel in litigating his
involuntariness claim during sentencing.

---

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

As a general rule, this court declines to review claims of ineffective assistance of counsel on direct appeal, although we may do so in exceptional cases.  See United States v. Higdon, 832 F.2d 312, 314 (5th Cir. 1987); United States v. Gibson, 55 F.3d 173, 179 (5th Cir. 1995); see also Massaro v. United States, 123 S. Ct. 1690 (2003).  This is not the exceptional case.  Accordingly, we decline to review Morales' ineffective-assistance claim in this direct appeal.  The judgment of the district court is AFFIRMED.